**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| FERRELL COMPANIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-02229-JTM-KGG |
| | ) | |
| GREATBANC TRUST COMPANY | ) | |
| and HOULIHAN LOKEY CAPITAL, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] CLERK'S EXTENSION OF TIME

Defendant Houlihan Lokey Capital, Inc. ("Houlihan Lokey") respectfully requests a fourteen (14) day extension to answer or otherwise respond to the Complaint in this matter pursuant to Local Rule 77.2(a)(2). Having reviewed the unopposed Motion, the Clerk finds as follows:

1. Without the requested extension, Houlihan Lokey's response is due on or before May 27, 2020, and therefore, the original time for the filing of a response has not yet expired; and

2. With the requested extension, Houlihan Lokey's response will be due on or before June 10, 2020.

In accordance with Local Rule 77.2(a)(2), the Clerk finds that Houlihan Lokey's should be GRANTED the requested extension.

IT IS THEREFORE ORDERED that Houlihan Lokey's time to answer or otherwise plead is extended for a period of fourteen (14) days, and Houlihan Lokey shall file an answer or other response in this matter on or before June 10, 2020.

Dated: May 26, 2020

                                          __s/ Colleen Abraham, deputy clerk_____
                                          Clerk of the District Court

<u>Respectfully submitted,</u>

/s/ Carrie D. Phillips

_____
| | |
|---|---|
| Kirk T. May | KSD Bar No. 22356 |
| Phillip G. Greenfield | KSD Bar No. 70044 |
| Carrie D. Phillips | KSD Bar No. 27534 |

GERMAN MAY PC
1201 Walnut Street, Suite 2000
Kansas City, MO  64106
(816) 471-7700 - Telephone
(816) 471-2221 - Facsimile
kirkm@germanmay.com
philg@germanmay.com
carriep@germanmay.com

*Attorneys for Defendant Houlihan Lokey Capital Inc.*