# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-02229-JTM-KGG |
| GREATBANC TRUST COMPANY and HOULIHAN LOKEY CAPITAL, INC., | ) |
| Defendants. | ) |

## CLERK'S EXTENSION OF TIME

Defendant GreatBanc Trust Company ("Defendant") respectfully requests a fourteen (14) day extension to answer or otherwise respond to the Complaint in this matter pursuant to Local Rule 77.2(a)(2). The Clerk finds as follows:

1. Without the requested extension, GreatBanc Trust Company's response is due on or before June 3, 2020, and therefore, the original time for the filing of a response has not yet expired; and

2. With the requested extension, GreatBanc Trust Company's response will be due on or before June 17, 2020.

In accordance with Local Rule 77.2(a)(2), the Clerk finds that GreatBanc Trust Company should be GRANTED the requested extension.

IT IS THEREFORE ORDERED that GreatBanc Trust Company's time to answer or otherwise plead is extended for a period of fourteen (14) days, and GreatBanc Trust Company shall file an answer or other response in this matter on or before June 17, 2020.

Dated: June __3__, 2020              s/ Colleen Abraham, deputy clerk
                                     Clerk of the District Court

*Respectfully submitted,*

 */s/ Todd W. Ruskamp*
Todd W. Ruskamp, D.Kan #70412
Jessica A. E. McKinney, D.Kan #78649
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: truskamp@shb.com
          jamckinney@shb.com

*Attorneys for Defendant/Counterclaim-Plaintiff GreatBanc Trust Company*