### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREATBANC TRUST COMPANY )<br>and HOULIHAN LOKEY CAPITAL, )<br>INC., )<br>)<br>Defendants. ) | Case No. 2:20-cv-02229-JTM-KGG |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT HOULIHAN LOCKEY CAPITAL INC. TO RESPOND TO COMPLAINT

Defendant Houlihan Lokey Capital, Inc. ("Houlihan Lokey") respectfully requests an extension of time to answer or otherwise respond to the Complaint in this matter pursuant to Local Rule 6.1(a). In support of this Motion, Houlihan Lokey states as follows:

1. Houlihan Lokey's response to the Complaint was originally due on or before May 27, 2020.

2. On May 26, 2020, the clerk extended Houlihan Lokey's time to respond pursuant to Local Rule 77.2(a)(2), making Houlihan Lokey's response due on or before June 10, 2020.

3. Houlihan Lokey needs additional time to prepare its response.

4. Houlihan Lokey respectfully requests that its deadline to respond be extended to on or before June 19, 2020.

5.  Houlihan Lokey has consulted with the other parties to this action, Plaintiff Ferrell Companies, Inc. and Greatbanc Trust Company, regarding this Motion. Neither party opposes the requested extension.

6.  No party will be prejudiced by the requested extension.

For the reasons set forth above, Houlihan Lokey respectfully requests that its time to answer or otherwise respond to the Complaint be extended to on or before June 19, 2020.

Dated: June 9, 2020

Respectfully submitted,

By:  /s/ Carrie D. Phillips
Kirk T. May            KSD Bar No. 22356
Phillip G. Greenfield  KSD Bar No. 70044
Carrie D. Phillips     KSD Bar No. 27534
GERMAN MAY PC
1201 Walnut Street, Suite 2000
Kansas City, MO  64106
(816) 471-7700 - Telephone
(816) 471-2221 - Facsimile
kirkm@germanmay.com
philg@germanmay.com
carriep@germanmay.com

*Attorneys for Defendant Houlihan Lokey Capital Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 9, 2020, a copy of the foregoing document was filed with the Clerk of the Court on the CM/ECF system, which will send a notice of electronic filing to counsel of record.

  /s/ Carrie D. Phillips
*Attorney for Defendant Houlihan Lokey Capital Inc.*

2