# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc. Employee Stock Ownership Plan, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )   CASE NO. 2:20-cv-02229 |
| GREATBANC TRUST COMPANY, | ) |
| HOULIHAN LOKEY CAPITAL, INC. | ) |
| Defendants. | ) |

## DEFENDANT HOULIHAN LOKEY CAPITAL, INC.'S MOTION TO DISMISS

Defendant Houlihan Lokey Capital Inc. requests the Court dismiss the Third and Fourth Causes of Action with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7) for the reasons set forth in its accompanying memorandum in support which are incorporated herein by this reference.

Dated: June 19, 2020

Respectfully submitted,

By: /s/ Phillip Greenfield
Kirk T. May          KSD Bar No. 22356
Phillip G. Greenfield   KSD Bar No. 70044
Carrie D. Phillips    KSD Bar No. 27534
GERMAN MAY PC
1201 Walnut Street, Suite 2000
Kansas City, MO  64106
(816) 471-7700 - Telephone
(816) 471-2221 - Facsimile
kirkm@germanmay.com
philg@germanmay.com
carriep@germanmay.com

*Attorneys for Defendant Houlihan Lokey Capital Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on June 19, 2020, a copy of the foregoing document was filed with the Clerk of the Court on the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                /s/   Phillip Greenfield
              *Attorney for Defendant Houlihan Lokey Capital Inc.*