# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc. Employee Stock Ownership Plan, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CASE NO. 2:20-cv-02229 |
| GREATBANC TRUST COMPANY, | )<br>)<br>) |
| HOULIHAN LOKEY CAPITAL, INC. | )<br>) |
| Defendants. | ) |

## CORPORATE DSICLOSURE STATEMENT OF
## DEFENDANT HOULIHAN LOKEY CAPITAL, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Houlihan Lokey Capital, Inc. states that it is a wholly owned subsidiary of Houlihan Lokey, Inc.

Dated: June 23, 2020

Respectfully submitted,

By:  /s/ Phillip Greenfield
Kirk T. May            KSD Bar No. 22356
Phillip G. Greenfield  KSD Bar No. 70044
Carrie D. Phillips     KSD Bar No. 27534
GERMAN MAY PC
1201 Walnut Street, Suite 2000
Kansas City, MO  64106
(816) 471-7700 - Telephone
(816) 471-2221 - Facsimile
kirkm@germanmay.com
philg@germanmay.com
carriep@germanmay.com

*Attorneys for Defendant Houlihan Lokey Capital Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 23, 2020, a copy of the foregoing document was filed with the Clerk of the Court on the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                              /s/   Phillip Greenfield
                                 *Attorney for Defendant Houlihan Lokey*
                                 *Capital Inc.*