# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc. Employee Stock Ownership Plan, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:20-cv-02229 |
| GREATBANC TRUST COMPANY, | )<br>)<br>) |
| HOULIHAN LOKEY CAPITAL, INC. | )<br>) |
| Defendants. | ) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that German May PC has changed its name to **GM Law PC** effective July 1, 2020. The firm address and telephone number remain the same, but the email addresses for counsel have changed.

        Kirk T. May        kirkm@gmlawpc.com
        Phillip G. Greenfield  philg@gmlawpc.com
        Carrie Phillips      carriep@gmlawpc.com

        GM Law PC
        1201 Walnut, Suite 2000
        Kansas City, Missouri 64106
        Telephone:    (816) 471-7700
        Facsimile:     (816) 471-2221

Counsel of record in this matter will also update their user account information through CM/ECF and Pacer.

Dated: July 1, 2020        Respectfully submitted,

        GM LAW PC

        By: /s/ Phillip Greenfield
        Kirk T. May        KSD Bar No. 22356
        Phillip G. Greenfield  KSD Bar No. 70044

Carrie D. Phillips     KSD Bar No. 27534
1201 Walnut Street, Suite 2000
Kansas City, MO  64106
(816) 471-7700 - Telephone
(816) 471-2221 - Facsimile
kirkm@gmlawpc.com
philg@gmlawpc.com
carriep@gmlawpc.com

*Attorneys for Defendant Houlihan Lokey Capital Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on July 1, 2020, a copy of the foregoing document was filed with the Clerk of the Court on the CM/ECF system, which will send a notice of electronic filing to counsel of record.


    /s/Phillip Greenfield
*Attorney for Defendant Houlihan Lokey Capital Inc.*