# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc. Employee Stock Ownership Plan, 700 College Blvd., Suite 100 Overland Park, Kansas 66210<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, 801 Warrenville Road, Suite 500 Lisle, Illinois 60532<br><br>-and-<br><br>HOULIHAN LOKEY CAPITAL, INC. 10250 Constellation Blvd., 5th Floor Los Angeles, California, 90067<br><br>Defendants. | CASE NO. 2:20-cv-02229-JTM-KGG |

## MOTION TO COMPEL DEFENDANTS TO CONFER UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(F) AND RULE 16(B)

Plaintiff Ferrell Companies, Inc. ("Ferrell Companies" or "Plaintiff") hereby moves this Court for an order compelling Defendants GreatBanc Trust Company ("GreatBanc") and Houlihan Lokey Capital, Inc. ("Houlihan Lokey") (collectively, "Defendants") to confer with Plaintiff, as required by Federal Rules of Civil Procedure 26(f) and 16(b). In support of its motion, Plaintiff relies on the arguments set forth in the attached memorandum.

Dated: September 9, 2020

Respectfully submitted,

Of Counsel:

/s/James D. Griffin

Sarah K. Rathke (OH Bar # 0074280)
Marques P.D. Richeson (OH Bar # 0094050)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel: (216) 479-8500
Fax: (216) 479-8780
Email: sarah.rathke@squirepb.com
 marques.richeson@squirepb.com

James D. Griffin            KS # 12545
Brent N. Coverdale       KS # 18798
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106
Tel: (816) 268-9400
Fax: (816) 268-9409
E-mail: jgriffin@sakg.com
  bcoverdale@sakg.com

*Attorneys for Ferrellgas Partners, L.P. and Ferrellgas L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2020, a copy of the foregoing Motion to Compel Defendants to Confer under Federal Rule of Civil Procedure 26(f) and Rule 16(b) was electronically filed using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ James D. Griffin
James D. Griffin

Attorney for Ferrellgas Partners, L.P. and Ferrellgas L.P.