# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., as Plan Sponsor and Plan Administrator of the Ferrell Companies, Inc. Employee Stock Ownership Plan,<br><br>    Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY,<br><br>HOULIHAN LOKEY CAPITAL, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:20-cv-02229<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT HOULIHAN LOKEY CAPITAL, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RULE 26(f) CONFERENCE

Defendant Houlihan Lokey Capital, Inc. ("Houlihan Lokey") adopts as if stated herein Defendant GreatBanc Trust Company's Response to Plaintiff's Motion to Compel Rule 26(f) Conference. (Doc. 30). Houlihan Lokey likewise believes this District's typical scheduling process remains appropriate for this case.

Dated: September 15, 2020

Respectfully submitted,

GM LAW PC

By: /s/ Phillip G. Greenfield
Kirk T. May    KSD Bar No. 22356
Phillip G. Greenfield KSD Bar No. 70044
Carrie D. Phillips  KSD Bar No. 27534
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
(816) 471-7700 - Telephone
(816) 471-2221 - Facsimile
kirkm@gmlawpc.com
philg@gmlawpc.com
carriep@gmlawpc.com

*Attorneys for Defendant Houlihan Lokey*

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on September 15, 2020, a copy of the foregoing document was filed with the Clerk of the Court on the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                /s/Phillip G. Greenfield
                *Attorney for Defendant Houlihan Lokey*
                *Capital Inc.*