IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FERRELL COMPANIES, INC, as Plan Sponsor
and Plan Administrator of the Ferrell
Companies, Inc. Employee Stock Plan,
      Plaintiff,

vs.                                                                       No. 20-2229-JTM

GREATBANC TRUST COMPANY, and
HOULIHAN LOKEY CAPITAL, INC.,
      Defendants.

## JUDGMENT IN A CIVIL CASE

Plaintiff's motion for order of final judgment under Rule 54(b) (Dkt. 36) having been GRANTED (Dkt. 46), the court determines that its ruling dismissing defendant Houlihan Lokey (Dkt. 35) is final and that there is no just reason for delaying entry of judgment on the claims against that defendant. Pursuant to Fed. R. Civ. P. 54(b), final judgment of dismissal is entered in favor of Houlihan Lokey.

Date: Nov. 25, 2020                    *J. Thomas Marten*
                                          J. Thomas Marten, Judge