## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC.,        ) | Case No.  2:20-cv-02229-JTM-KGG |

FERRELL COMPANIES, INC.,                    )

                       Plaintiff,                    )     Case No.  2:20-cv-02229-JTM-KGG

v.                                                       )

                                         )

GREATBANC TRUST COMPANY             )

                                         )

-and-                                                   )

                                         )

HOULIHAN LOKEY CAPITAL, INC.           )

                                         )

                       Defendants.                    )

                                         )
                                         )
                                         )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Ferrell Companies, Inc. hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order dismissing Defendant Houlihan Lokey Capital, Inc. from the case [Dkt. No. 35], which was certified as a final judgment under Rule 54(b) on November 25, 2020 [Dkt. Nos. 46 & 47].

Respectfully submitted,

/s/ Marques P.D. Richeson
Sarah K. Rathke          (*Pro Hac Vice*)
Marques Richeson       (*Pro Hac Vice*)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel: (216) 479-8500
Fax: (216) 479-8780
Email: sarah.rathke@squirepb.com
               marques.richeson@squirepb.com

and

*/s/ James D. Griffin*
James D. Griffin        (KS #12545)
Brent N. Coverdale    (KS #18798)
Craig M. Leff           (KS #16251)
Scharnhorst Ast Kennard Griffin PC
1100 Walnut Street, Suite 1950
Kansas City, MO  64106-2197
Telephone:  (816) 268-9400
Facsimile:  (816) 268-9409
Email: jgriffin@sakg.com
        bcoverdale@sakg.com

**Attorneys for Ferrell Companies, Inc.**

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of December, 2020, a copy of the foregoing Notice of Appeal was electronically filed using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ James D. Griffin*
Attorney for Plaintiff