IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:20-cv-02229-JTM-KGG |
| ) | |
| v. ) | |
| ) | |
| GREATBANC TRUST COMPANY, ) | |
| ) | |
| Defendant. ) | |

**GREATBANC TRUST COMPANY'S CONSENT MOTION
FOR SECOND EXTENSION OF TIME TO FILE MOTION TO COMPEL**

Pursuant to Fed. R. Civ. P. 6(b)(1) and D. Kan. Local Rule 37.1(b), Defendant GreatBanc Trust Company ("GreatBanc") respectfully requests a three-week extension of time to file a motion to compel in connection with Plaintiff Ferrell Companies, Inc.'s ("Ferrell") amended responses and objections to GreatBanc's discovery requests. Ferrell consents to the extension requested herein. In further support of this motion, GreatBanc states as follows:

1. On November 16, 2020, GreatBanc served its First Set of Requests for Production of Documents ("Document Requests") and First Set of Interrogatories (collectively, "First Discovery Requests"), to which Ferrell served its Responses and Objections on December 16, 2020 ("Responses").

2. By letter dated December 23, 2020, GreatBanc's counsel requested a telephonic meet and confer with Ferrell's counsel to discuss issues with the Responses, which were outlined in GreatBanc's letter.

3. On January 4, 2021, counsel for the parties held a telephonic meet and confer to discuss the issues GreatBanc raised with the Responses. Ferrell agreed to supplement or amend its Responses within two weeks.

4. On January 18th, Ferrell served its Amended Responses and Objections to the First Discovery Requests (collectively, "Amended Responses").

5. On Friday, January 22nd, GreatBanc's counsel emailed Ferrell's counsel to request a meet and confer for the following week to discuss issues with the Amended Responses, which issues GreatBanc outlined in a letter on January 25th. On January 26th, Ferrell's counsel informed GreatBanc's counsel that scheduling conflicts had arisen and they would not be available for a meet and confer until February 8th.

6. On February 3rd, to accommodate Ferrell's counsel and provide sufficient time for the meet and confer process, GreatBanc, with Ferrell's consent, filed a motion to extend the deadline for its motion to compel to March 10, 2021 (Dkt. 66), which the Court granted (Dkt. 68).

7. On February 8th, the parties had a telephonic meet and confer to discuss the issues GreatBanc raised with Ferrell's Amended Responses, which ran for approximately 50 minutes.[1] Although the parties resolved most of the disputes relating to the Amended Responses, they were unable to resolve their differences over a certain subject of discovery encompassed by five of the Document Requests. Accordingly, GreatBanc informed Ferrell that GreatBanc would file a motion to compel production of these documents.

8. The issue of settlement arose shortly after GreatBanc filed its prior motion for an extension (Dkt. 66) and the parties remain engaged in settlement discussions.

9. In light of the parties' settlement discussions, GreatBanc respectfully requests a three-week extension of time to file its motion to compel on the Amended Responses, which would extend the deadline from March 10th to March 31st. GreatBanc believes this limited extension

---

[1] The following counsel participated in the February 8th meet and confer: Shawn Taylor, Benjamin Prager, and Todd Ruskamp, on behalf of GreatBanc, and Sarah Rathke and Marques Richeson, on behalf of Ferrell.

provides sufficient time for the parties to continue discussions and determine whether a settlement is possible. The requested extension serves the interests of efficiency and economy.

10. This request is made in good faith and not for purposes of delay. Nor would the requested extension prejudice any party or interfere with this case's schedule. Further, as stated above, Ferrell consents to GreatBanc's requested extension.

WHEREFORE, Defendant GreatBanc Trust Company respectfully requests that the Court grant a three-week extension for filing any motion to compel in connection with the Amended Responses, thus making March 31, 2021 the deadline for any such motion.

Dated:  March 3, 2021

Respectfully submitted,

*Of Counsel:*

AKERMAN LLP
Mark S. Bernstein (admitted *pro hac vice*)
Shawn M. Taylor (admitted *pro hac vice*)
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Telephone: 312-634-5700
Facsimile: 312-424-1900
Email: mark.bernstein@akerman.com
        shawn.taylor@akerman.com

SHOOK, HARDY & BACON L.L.P.

By:  */s/ Todd W. Ruskamp*
    Todd W. Ruskamp, D.Kan #70412
    Jessica A.E. McKinney, D.Kan #78649

2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: truskamp@shb.com
        jamckinney@shb.com

*Attorneys for Defendant GreatBanc Trust Co.*

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Court by using the Court's electronic filing system, which sent out notification of such filing to all counsel of record.

 */s/ Todd W. Ruskamp*
*Attorney for Defendant GreatBanc Trust Co.*

3