## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERRELL COMPANIES, INC., ) | |
| ) | Case No. 2:20-cv-02229-JWL-KGG |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GREATBANC TRUST COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ferrell Companies, Inc. and Defendant GreatBanc Trust Company hereby stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear its own attorneys' fees, costs, and expenses incurred for this action.

Dated: July 20, 2021

s/ *Shawn M. Taylor*
Mark S. Bernstein (*pro hac vice*)
Shawn M. Taylor (*pro hac vice*)
Gregory A. Kubly (*pro hac vice*)
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Telephone: 312-634-5700
Facsimile: 312-424-1900
Email: mark.bernstein@akerman.com
       shawn.taylor@akerman.com
       gregory.kubly@akerman.com

and

s/ *Todd W. Ruskamp*
Todd W. Ruskamp, D.Kan #70412
Jessica A.E. McKinney, D.Kan #78649
SHOOK, HARDY & BACON L.L.P

s/ *Sarah K. Rathke*
Sarah K. Rathke (*pro hac vice*)
Marques Richeson (*pro hac vice*)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Tel: (216) 479-8500
Fax: (216) 479-8780
Email: sarah.rathke@squirepb.com
       marques.richeson@squirepb.com

and

s/ *James D. Griffin*
James D. Griffin (KS #12545)
Brent N. Coverdale (KS #18798)

| | |
|---|---|
| 2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Telephone: 816-474-6550<br>Facsimile: 816-421-5547<br>Email: truskamp@shb.com<br>         jamckinney@shb.com<br><br>Attorneys for Defendant GreatBanc Trust Co. | SCHARNHORST AST KENNARD GRIFFIN PC<br>1100 Walnut Street, Suite 1950<br>Kansas City, Missouri 64106-2197<br>Telephone: (816) 268-9400<br>Facsimile: (816) 268-9409<br>Email:  jgriffin@skg.com<br>            bcoverdale@sakg.com<br><br>Attorneys for Ferrell Companies, Inc. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of July 2021, a true copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ James D. Griffin

*One of the attorneys for Ferrell Companies, Inc.*
