## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FERRELL COMPANIES, INC., | ) | |
| | ) | Case No.  2:20-cv-02229-JWL-KGG |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GREATBANC TRUST COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. 103) filed on July 20, 2021, IT IS ORDERED by the Court that this case is dismissed with prejudice and the parties will bear their own fees, costs and expenses incurred during the course of this litigation.

**IT IS SO ORDERED.**

**Dated this 20th day of July, 2021 at Kansas City, Kansas.**


*s/ John W. Lungstrum*
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**